# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>v.  )<br>  )<br>RAYSHAWN WASHINGTON,  )<br>  )<br>           Defendant.  )<br>_____ ) | Case No.: 5:22-po-00083-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Violation of Charges 1, 3, and 4 in the violation petition filed on 08/15/;2023:
Violation 1:  Failed to Timely Pay Financial Obligation, 11/15/2022
Violation 3:  Failed to Timely File Probation Status Report, 08/01/2023
Violation 4:  Failed to Obey All Laws, 03/01/2023

**Sentence Date:** November 16, 2023

**Review Hearing Date:** December 14, 2023

**Probation Expires On:** December 31, 2023

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state, and local laws**; notify of any address or financial changes; and

☒ **Monetary Fines & Penalties in Total Amount of:** $150.00 which Total Amount is made up of a Fine: $ 150.00 Special Assessment: $ N/A Processing Fee: $ N/A Restitution: $ N/A

☒ Payment schedule of $          per month by the          of each month; $150.00 to be paid in full by November 30, 2023.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

### COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**<u>Otherwise:</u>**

☐ Defendant has not been arrested, cited, or charged with any federal, state, or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                       Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:     /s/ *Chan Hee Chu*     DATED: 12/07/2023
CHAN HEE CHU

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 12/14/2023 at 10:00 am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 12/7/2023     /s/ *Rayshawn E. Washington*
RAYSHAWN E. WASHINGTON
Defendant, Pro Se

## **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **December 7, 2023**

UNITED STATES MAGISTRATE JUDGE